

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00807-CV

**IN THE INTEREST OF J.M.T.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00140
Honorable Charles E. Montemayor, Judge Presiding

BEFORE THE EN BANC COURT

In accordance with this court's opinion of this date and the panel's opinion dated July 1, 2020, the trial court's order terminating the parent-child relationship between W.S. and J.M.T. is REVERSED and judgment is RENDERED denying the Department's petition to terminate the parent-child relationship between W.S. and J.M.T.

SIGNED December 23, 2020.

_____
Luz Elena D. Chapa, Justice